■ In the Matter of MORRIS INVESTORS v COMMISSIONER OF FINANCE.—Motion granted wherein it seeks leave to appeal to the Court of Appeals, as indicated, and denied wherein it seeks reargument. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.